534 A.2d 759

**HAZLETON AREA EDUCATION ASSOCIATION, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA LABOR RELATIONS BOARD.**

Supreme Court of Pennsylvania.

Argued Nov. 10, 1987.

Decided Dec. 4, 1987.

A. Martin Herring, Jenkintown, for appellant.

James Crawford, Harrisburg, for Pa. Labor Relations Bd.

Thomas H. Kohn, Philadelphia, for Hazelton Area Fed. of Teachers, AFT, AFL–CIO.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN and ZAPPALA, JJ., dissent and would reach the merits.